■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTICE GREEN, Appellant, v BRANDON SMITH, Superintendent, Mid-State Correctional Facility, et al., Respondents. [989 NYS2d 416]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oneida County (Erin P. Gall, J.), entered April 9, 2013 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: Petitioner's appeal from the judgment dismissing his petition for a writ of habeas corpus has been rendered moot by his release to parole supervision (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]; *People ex rel. Graham v Fischer*, 70 AD3d 1381, 1381-1382 [2010]), and the exception to the mootness doctrine does not apply herein (*see Baron*, 94 AD3d at 1410; *Graham*, 70 AD3d at 1381-1382; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715

[1980]). While this Court has the power to convert the habeas corpus proceeding into a CPLR article 78 proceeding, we decline to do so under the circumstances of this case (*see People ex rel. Keyes v Khahaifa*, 101 AD3d 1665, 1665 [2012], *lv denied* 20 NY3d 862 [2013]). Present—Scudder, P.J., Smith, Peradotto, Sconiers and Whalen, JJ.